# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL VALDEZ VELA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE SUPERIOR COURT,<br><br>Defendant. | Case No.  1:20-cv-01153-NONE-SAB<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

Isabel Valdez Vela ("Plaintiff"), proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983.  Along with her complaint, Plaintiff filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on August 17, 2020.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.  Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff's motion to proceed <u>in forma pauperis</u>

IT IS SO ORDERED.

Dated:   **August 19, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1